IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TODD HYDE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-0274

DANIEL B. FINCH and wife
MELISSA REGINA FINCH and
WASHINGTON COUNTY,

Appellees.

_____/

Opinion filed May 1, 2015.

An appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

Kerry Adkison of Kerry Adkison, P.A., Chipley, for Appellant.

H. Matthew Fuqua and Frank E. Bondurant of Bondurant & Fuqua, P.A.,
Marianna, for Appellees.

PER CURIAM.

AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.